ACCEPTED
03-15-00212-CR
4830911
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 3:31:24 PM
JEFFREY D. KYLE
CLERK



# DISTRICT ATTORNEY'S OFFICE
## 33ᴿᴰ & 424ᵀᴴ Judicial Districts
### COUNTIES OF
#### BLANCO • BURNET • LLANO • SAN SABA

## Wiley B. McAfee
**District Attorney**

April 9, 2014

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/9/2015 3:31:24 PM

JEFFREY D. KYLE
Clerk

Mr. Jeffery D. Kyle
Clerk of Court of Appeals
P. O. Box 12457
Austin, TX 78711

Re:     Case No. 03-15-00212-CR; Michael Jude Pirie v. The State of Texas
        Appeal from Cause No. 40555 in the 33rd District Court of Burnet County

Dear Mr. Kyle:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.   Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us
Texas State Bar No. 03353500

Sincerely,

Gary W. Bunyard
Assistant District Attorney

cc:     Mr. Nathan Kight
        1008 N. Water
        Burnet, TX 78611

        Michael Jude Pirie
        Inmate #01982650
        Reverend C.A. Holliday Transfer Facility
        295 IH-45 North, Huntsville, TX 77320

**811 Berry Street • P.O. Box 725 • Llano, Texas 78643 • 325-247-5755 • Fax 325-247-5274**